UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) M.B.D. NO. |
| | ) |
| JORDAN MCCARROLL | ) 05 MBD 10025 |
| | ) |

**JOINT MOTIONS TO EXTEND PERIOD WITHIN WHICH INDICTMENT
OR INFORMATION MUST BE FILED AND FOR EXCLUDABLE TIME**

The parties hereby move the Court, pursuant to 18 U.S.C. §3161(b) and 18 U.S.C. §3161(h)(8)(A), for an Order that extends the period within which an Indictment or Information must be filed from the current deadline of January 19, 2005 until February 23, 2005. As grounds, the parties state that defendant in this arson case (Case No. 04-mj-00555-RBC) made his initial appearance before the Court on December 20, 2004. Pursuant to the Speedy Trial Act, 18 U.S.C. §3161(b), an Information or Indictment must be filed within 30 days of the defendant's initial appearance, or by January 19, 2005. The parties are engaged in discussions that may lead to early resolution of this case. The parties require additional time to complete these discussions.

Because the delay resulting from the requested extension of time would serve the ends of justice and outweigh the best interest of the public and defendant in a speedy trial, the parties move that the period

of the delay be deemed excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A).

Respectfully submitted,

| | |
|---|---|
| JORDAN MCCARROLL<br>By his Attorney | MICHAEL J. SULLIVAN<br>United States Attorney |
| | By: |
| /s/ George F. Gormley *ACC* | *[signature]* |
| George F. Gormley<br>655 Summer Street<br>Boston, MA 02210<br>(617)478-2750 | JOHN A. CAPIN<br>Assistant U.S. Attorney<br>(617) 748-3264 |