# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) M.B.D. NO. 05-mc-10025-PBS |
| v. | ) <br> ) |
| JORDAN MCCARROLL | ) <br> ) <br> ) |

## SECOND JOINT MOTION TO EXTEND PERIOD WITHIN WHICH INDICTMENT OR INFORMATION MUST BE FILED AND FOR EXCLUDABLE TIME

The parties hereby move the Court, pursuant to 18 U.S.C. §3161(b) and 18 U.S.C. §3161(h)(8)(A), for an Order that extends the period within which an Indictment or Information must be filed from February 23, 2005 to April 6, 2005. As grounds, the parties state that this Court, on joint motion of the parties, previously extended the period within which the indictment or information must be filed to February 23, 2005 and excluded the period from January 19, 2005 to February 23, 2005 for the purposes of the Speedy Trial Act, 18 U.S.C. § §3161 et seq. The purpose of that extension of time was to permit the parties to continue discussions that appear likely to resolve this action by plea to an information. Since the Court granted the previously-requested extension, the parties' discussions have progressed. Moreover, the defendant has taken steps toward resolving related state charges. The parties require additional time to complete their plea discussions.

Because the delay resulting from the requested extension of time would serve the ends of justice and outweigh the best interest of the public and defendant in a speedy trial, the parties move that the period

of the delay be deemed excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A).

Respectfully submitted,

| | |
|---|---|
| JORDAN MCCARROLL | MICHAEL J. SULLIVAN |
| By his Attorney | United States Attorney |
| | |
| /s/ George F. Gormley | By:  /s/ John A. Capin |
| _____ | _____ |
| George F. Gormley | JOHN A. CAPIN |
| 655 Summer Street | Assistant U.S. Attorney |
| Boston, MA 02210 | (617) 748-3264 |
| (617)478-2750 | |